

IN THE
TENTH COURT OF APPEALS

No. 10-12-00208-CV

IN RE CHARLES EDWARD ROBINSON

Original Proceeding

MEMORANDUM OPINION

The petition for writ of mandamus is denied without prejudice to presentation of the issue and rulings on appeal. TEX. R. APP. P. 52.8(d). The emergency motion for stay of the trial court proceedings is dismissed as moot.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition Denied
Opinion delivered and filed June 18, 2012
[OT06]